Commonwealth *v.* Hewlett, Appellant.

Before Wessel, Jr., J.

Argued September 9, 1974. *John L. Doherty,* with him *Stanton D. Levenson,* for appellant; *Lawrence Claus,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which has not been performed at the time the appeal was made a supersedeas.

Commonwealth *v.* Holly, Appellant.

Before Doty, A. J.

Argued September 10, 1974. *Stephen G. Young,* for appellant; *Maxine J. Stotland,* Assistant District Attorney, with her *Larry D. Feldman, Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.